UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PHILLIPS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COBHAM ADVANCED ELECTRONIC SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendants. | Case No.　23-cv-03785-EJD<br><br>**ORDER STRIKING PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Re: ECF No. 48 |

On March 18, 2024, Plaintiffs filed a Statement of Recent Decision relating to Defendants' pending motion to dismiss. *See* ECF No. 48. However, such a document may only be filed without prior Court approval "[b]efore the noticed hearing date." *See* Civil L.R. 7-3(d)(2). The noticed hearing date for the motion to dismiss was March 14, 2024. *See* ECF No. 36. Accordingly, Plaintiffs' Statement of Recent Decision was not filed before the noticed hearing date, and is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: March 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 23-cv-03785-EJD
ORDER STRIKING PLTFS.' ST. OF RECENT DECISION
1