**MORGAN, LEWIS & BOCKIUS LLP**
Mark A. Feller, Bar No. 319789
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001
mark.feller@morganlewis.com

Deborah S. Davidson (pro hac vice)
110 N. Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1159
Fax: +1.312.324.1001
deborah.davidson@morganlewis.com

Sean McMahan (pro hac vice)
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel:    +1.214.466.4000
Fax:   +1.214.466.4001
sean.mcmahan@morganlewis.com

*Attorneys for Defendants*
CAES SYSTEMS, LLC, THE BOARD OF DIRECTORS OF CAES SYSTEMS, LLC, THE 401(K) PLAN COMMITTEE OF CAES SYSTEMS, LLC, AND JOHN DOES 1-30

**CAPOZZI ADLER, P.C.**
Mark K. Gyandoh, Esquire (*Pro Hac Vice*)
PA Attorney ID # 88587
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

**ROSMAN & GERMAIN APC**
Daniel L. Germain
5959 Topanga Canyon Boulevard
Suite 360
Woodland Hills, CA 91367-7503
Telephone:  (818) 788-0877
Facsimile: (818) 788-0885
E-mail:  Germain@lalawyer.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Arlene Langston, et al., individually and on behalf of all others similarly situated,*<br><br>*Plaintiffs,*<br><br>*v.*<br><br>*CAES Systems, LLC, The Board of Directors of CAES Systems, LLC, The 401(k) Plan Committee of CAES Systems, LLC, Cobham Advanced Electronic Solutions, Inc., The Board of Directors of Cobham Advanced Electronic Solutions, Inc., The 401(k) Plan Committee of Cobham Advanced Electronic Solutions, Inc., and John Does 1-30,*<br><br>*Defendants.* | Case No. 5:23-cv-03785-EKL<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO MODIFY DEADLINES**<br><br>Assigned to Hon. Eumi K. Lee |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

5:23-cv-03785-EKL

JOINT MOTION TO MODIFY DEADLINES
-1-

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12 Plaintiffs Michael Phillips, Brenda Paclik, and Crystal Franklin ("Plaintiffs"), and CAES Systems LLC, the Board of Directors of CAES Systems LLC, the 401(k) Plan Committee of CAES Systems LLC, Cobham Advanced Electronic Solutions, Inc., the Board of Directors of Cobham Advanced Electronic Solutions, Inc., and the 401(k) Plan Committee of Cobham Advanced Electronic Solutions, Inc. (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully request the Court extend the Parties' deadlines to make initial disclosures and file a Joint Case Management Statement. In support thereof, the Parties state as follows:

WHEREAS, on July 26, 2024, Plaintiffs filed their Third Amended Class Action Complaint against Defendants (ECF No. 56);

WHEREAS, on August 20, 2024, this matter was reassigned to the Honorable Judge Eumi K. Lee (ECF No. 57);

WHEREAS, on August 26, 2024, Defendants filed their Motion to Dismiss the Third Amended Class Action Complaint (ECF No. 58);

WHEREAS, on September 13, 2024, the Parties filed a Joint Case Management Statement in which the Parties agreed to a stay of discovery pending the outcome of Defendants' Motion to Dismiss (ECF No. 61);

WHEREAS, on September 26, 2024, the Court directed the Parties to make initial disclosures and file a Joint Case Management Statement on January 22, 2025, and set a Case Management Conference for February 5, 2025 (ECF No. 63);

WHEREAS, on December 11, 2024, the Court heard oral argument on Defendants' Motion to Dismiss. During oral argument, the Court asked the Parties whether it should grant leave to file another complaint if it dismissed the Third Amended Class Action Complaint. Plaintiffs asked for the opportunity to obtain certain discovery from Defendants before filing a fourth amended complaint if the Court were inclined to dismiss the Third Amended Class Action Complaint without prejudice. Defendants opposed any such discovery. The Court ordered the Parties to submit supplemental briefing to assist it in evaluating whether to permit any discovery prior to Plaintiffs' filing a fourth amended complaint;

WHEREAS, on December 30, 2024, Plaintiffs filed their Brief in Support of Their Request for Limited Discovery (ECF No. 69);

WHEREAS, on January 6, 2025, Defendants filed their Opposition to Plaintiffs' Request for Limited Discovery (ECF No. 72);

WHEREAS, Defendants' Motion to Dismiss and Plaintiffs' Request for Limited Discovery each remain pending, and the resolution thereof may render moot the need for the Parties to make initial disclosures or file a Joint Case Management Statement;

WHEREAS, the only prior alterations of the case schedule were to set moderately extend briefing schedules for Plaintiffs' various amended complaints and Defendants' motions to dismiss thereto (*see* ECF Nos. 22, 32, and 54);

NOW, THEREFORE, the Parties, by and through their undersigned counsel, respectfully request the Court extend the Parties' deadlines to make initial disclosures and file a Joint Case Management Statement until twenty-one (21) days following the Court's rulings on Defendants' Motion to Dismiss and Plaintiffs' Request for Limited Discovery. The parties further request that the Court adjourn the case management conference scheduled for February 5, 2025, to a date to be determined after a ruling on the pending motions.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

5:23-cv-03785-EKL

JOINT MOTION TO MODIFY DEADLINES
-3-

| | |
|---|---|
| Dated:  January 21, 2025 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By  /s/ Sean K. McMahan  <br>     Sean K. McMahan |
| | Deborah S. Davidson (*pro hac vice*) <br> 110 N. Wacker Drive <br> Chicago, IL 60606-1511 <br> Telephone: +312.324.1159 <br> Facsimile: +312.324.1001 <br> deborah.davidson@morganlewis.com |
| | Sean K. McMahan (*pro hac vice*) <br> 1717 Main Street, Suite 3200 <br> Dallas, TX 75201 <br> Telephone:  +1.214.466.4000 <br> Facsimile:   +1.214.466-4001 <br> sean.mcmahan@morganlewis.com |
| | Mathew J. McKenna (*pro hac vice*) <br> Morgan, Lewis & Bockius LLP <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, DC 20004 <br> Telephone:  (202) 739-3000 <br> Facsimile:   (202) 739-3001 <br> Email: mathew.mckenna@morganlewis.com |
| | Mark A. Feller, Bar No. 319789 <br> One Market, Spear Street Tower <br> San Francisco, CA  94105-1126 <br> Tel: +1.415.442.1000 <br> Fax: +1.415.442.1001 <br> mark.feller@morganlewis.com |
| | *Attorneys for Defendants* |

Dated: January 21, 2025

**CAPOZZI ADLER, P.C.**

By */s/ Mark K. Gyandoh*
    Mark K. Gyandoh

Mark K. Gyandoh, Esquire
(admitted *Pro Hac Vice*)
PA Attorney ID # 88587
312 Old Lancaster Road
Merion Station, PA  19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

**ROSMAN & GERMAIN APC**

Daniel L. Germain
5959 Topanga Canyon Boulevard
Suite 360
Woodland Hills, CA 91367-7503
Telephone:  (818) 788-0877
Facsimile: (818) 788-0885
E-mail:  Germain@lalawyer.com

*Attorneys for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

The filer attests that the other signatory listed, Mark K. Gyandoh, who is the authorized signatory of Plaintiffs, concurs in the filing's content and has authorized the filing.

Dated: January 21, 2025                            */s/ Sean K. McMahan*
                                                    Sean K. McMahan

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Modify Deadlines, and finding good cause exists for the Request, it is hereby ORDERED that the Parties' deadlines to make initial disclosures and file a Joint Case Management Statement shall be twenty-one (21) days following the Court's rulings on Defendants' Motion to Dismiss and Plaintiffs' Request for Limited Discovery. The case management conference scheduled for February 5, 2025, is adjourned. If appropriate, the Court will schedule a case management conference for a later date.

IT IS SO ORDERED,

DATED _____, 2025

_____
The Honorable Eumi K. Lee
United States District Judge